IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41160
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ELEAZAR MACIAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-137-1
- - - - - - - - - -

August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

       Court-appointed counsel for Eleazar Macias has filed a brief
as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our
independent review of the brief and record discloses no
nonfrivolous issues.  Accordingly, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.